UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH) & 21 MC 103

# RETURN OF SERVICE

Service of the Summons and Complaint[1] was made by me[2]

DATE 6/17/08

NAME OF SERVER (PRINT) Kevin Mill

TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

AMBIENT GROUP, INC.
55 WEST 39TH ST
12TH FL
New York, NY 10018

For the following Defendant(s):

AMBIENT GROUP, INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/17/  
Date

Signature of Server: Kevin Miller

Address of Server: 115 Broadway, NYC, 10006

*Betsy Barranco*

BETSY BARRANCO
Notary Public, State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__

---

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





  



# Service Rider

AMBIENT GROUP, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10706 | Luis Adriano | 07cv4445 | 6/5/2007 |
| 14640 | Gladys Agudelo | 07cv4446 | 6/5/2007 |
| 7604 | Raul Allivar | 05cv9821 | 5/24/2007 |
| 7609 | Maria E. Alvarez (and Husband, Carlos Chavarriage) | 05cv10135 | 5/24/2007 |
| 14128 | Jose Alvarracin | 07cv01556 | 5/24/2007 |
| 11166 | Alberto Andrade | 07cv1456 | 5/24/2007 |
| 9949 | Arturo Arias (and Wife, Marilyn Quintana) | Not Available | 5/24/2007 |
| 2419 | Jhonson Arichabala | 05CV8685 | 5/24/2007 |
| 9560 | Amparro Aristizabal | 07cv1457 | 5/24/2007 |
| 9933 | Angel Asmal (and Wife, Gloria Asmal) | 07cv1461 | 5/24/2007 |
| 9431 | Carlos G Asmal | 07cv1462 | 5/31/2007 |
| 9552 | Freddy Astudillo | 07cv1463 | 5/24/2007 |
| 3835 | Wilmer Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 14290 | Peter B Bailon | Not Available | 5/31/2007 |
| 15996 | Jose Barahona (and Wife, Domenica Barahona) | Not Available | 6/8/2007 |
| 9980 | Raul Barreto (and Wife, Derlim Barreto) | 07cv4451 | 6/5/2007 |
| 3756 | Julio Bastidas | Not Available | 5/24/2007 |
| 15412 | Sime Begonja (and Wife, Silva Begonja) | Not Available | 5/31/2007 |
| 9378 | Wlodzimierz Belkowski (and Wife, Teresa Belkwski) | Not Available | 5/31/2007 |
| 12790 | Roman Bikowski (and Wife, Nella Bikowska) | 06cv14496 | 5/24/2007 |
| 10411 | Wiktor Borowiecki | 07cv4455 | 6/5/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 3808 | Bolivar Caivinagua | 07CV1573 | 5/24/2007 |
| 3762 | Juan Caivinagua | 07CV1574 | 5/24/2007 |
| 9318 | Maria Rocio Calle | 07cv4458 | 6/5/2007 |
| 9317 | Wilson Calle | 07CV1578 | 5/24/2007 |
| 9570 | Rey R. Campoverde | Not Available | 5/24/2007 |
| 3830 | Ana Patricia Cantos | 05CV1272 | 5/24/2007 |
| 4396 | Luz Cardona | 05CV417 | 5/24/2007 |
| 9981 | Victor Carrasco (and Wife, H LEON) | 06cv0459 | 5/24/2007 |
| 10812 | Javier Carvajal | 06CV8348 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9306 | Piedad Castillo | 05CV10743 | 5/24/2007 |
| 7508 | Silvia Castillo (and Husband, Segundo Siguencia) | 05cv1718 | 5/24/2007 |
| 3783 | Teresita Cayetano | Not Available | 5/24/2007 |
| 9436 | Armando Ceron | 07CV1582 | 5/24/2007 |

**Monday, June 18, 2007**  Page 1 of 5

AMBIENT GROUP, INC.

Group:   Out:   In:





# Service Rider

**AMBIENT GROUP, INC.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9291 | Wilson Chaca | 07CV1583 | 5/24/2007 |
| 9955 | Walter Chipe | 07CV1587 | 5/24/2007 |
| 7042 | Nancy Chuva | 07CV1589 | 5/24/2007 |
| 10309 | Angel Cobos | 07cv1483 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Nohemi Collazos) | 07cv4461 | 6/5/2007 |
| 9554 | Elena Corrales | 07CV1596 | 5/24/2007 |
| 10268 | Lidia Cortijo | 07CV317 | 5/24/2007 |
| 10000 | Gloria Delacruz (and Husband, Ramon Delacruz) | 07CV1599 | 5/24/2007 |
| 9370 | Wieslaw Demko (and Wife, Elzbieta Demko) | 05cv01032 | 5/31/2007 |
| 12255 | Zbigniew Dobronski | 06CV11533 | 5/24/2007 |
| 7505 | Clara Dota | 07CV1602 | 5/24/2007 |
| 9457 | Manuel Duchitanga | Not Available | 5/24/2007 |
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |
| 9414 | Rosalino Duchitanga (and Wife, Rosa Duchitanga) | 07CV1605 | 5/24/2007 |
| 9999 | Elvia Dutan (and Husband, Wilfredo Dutan) | 06CV5504 | 5/24/2007 |
| 13946 | Lucila Dutan | 06cv14623 | 5/24/2007 |
| 15014 | Luis K. Encalada | Not Available | 5/31/2007 |
| 10005 | Wilson Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 10184 | Edgar O Galvis | 06cv3422 | 5/24/2007 |
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | Not Available | 5/31/2007 |
| 9763 | Peter Gaspar | 05cv10739 | 5/24/2007 |
| 9350 | Blanca Gavidia (and Husband, Alexo Gavidia) | 07cv4468 | 6/5/2007 |
| 9403 | Leonard Gawin (and Wife, Miroslawa Gawin) | 07CV1619 | 5/24/2007 |
| 9458 | Margarita Gil | 07cv4470 | 6/5/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 10890 | Antonio Guerrero | Not Available | 5/24/2007 |
| 7592 | Francisco Guerrero (and Wife, Arelis Guerrero) | 05CV1636 | 5/24/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 4112 | Angel Hualpa (and Wife, Rosa Hualpa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio Hurtado (and Wife, Elda Monica Montes) | Not Available | 5/24/2007 |
| 9862 | William Hurtado | 06cv10781 | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |
| 10688 | Wladyslaw Iwanczyk (and Wife, Jadwiga Iwanczyk) | Not Available | 5/31/2007 |
| 9384 | Jozef Jablonski (and Wife, Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |

 

# Service Rider

**AMBIENT GROUP, INC.**

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | Not Available | 5/31/2007 |
| 12639 | Jonas Jaramillo (and Wife, Blanca Jaramillo) | 06cv14746 | 5/24/2007 |
| 3819 | Rodrigo Jimbo (and Wife, Dolores Calle) | 07CV1632 | 5/24/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 9718 | Slawek Kappinski | 07CV1634 | 5/24/2007 |
| 9406 | Antoni Konopka (and Wife, Alina Konopka) | 07CV1641 | 5/24/2007 |
| 9375 | Michal Kopcza | Not Available | 6/6/2007 |
| 9373 | Edward Kosowski (and Wife, Elzbieta Stefanska) | Not Available | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | Not Available | 5/24/2007 |
| 1845 | Eva Lamboy | 07CV1644 | 5/24/2007 |
| 7608 | Ana Lascano | 05cv9333 | 5/31/2007 |
| 10066 | Carlos Lascano | 07CV1646 | 5/24/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 10097 | Jose Loja | 06CV12219 | 5/24/2007 |
| 13312 | Oswaldo Lopez (and Wife, Elvia V Lopez) | 06cv14807 | 5/24/2007 |
| 10908 | Fernando Lucero | Not Available | 5/31/2007 |
| 10465 | Douglas Marcillo | 07cv4486 | 6/5/2007 |
| 10099 | John Marcos | 07cv4487 | 6/5/2007 |
| 3815 | Luis Martinez (and Wife, Ludivia Castellanos) | 07CV057 | 5/24/2007 |
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | Not Available | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | Not Available | 5/24/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 15050 | Tatiana Morales (and Husband, James Fink) | Not Available | 5/31/2007 |
| 7493 | Luis Naranjo (and Wife, Rosa Naranjo) | 05CV10738 | 5/24/2007 |
| 8957 | Julia Narvaez | Not Available | 5/24/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | Not Available | 6/6/2007 |
| 14700 | Maria Ortiz | 07cv4499 | 6/5/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | Not Available | 5/31/2007 |
| 9738 | Blanca Oyervide (and Wife, Marcos A Hinchala) | 07cv4500 | 6/5/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |



# Service Rider

AMBIENT GROUP, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 4395 | Camilo Palomino (and Wife, Monica Rivera) | 07cv4504 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 7731 | Luis Pillco (and Wife, Ana Lucero pillco) | 07cv4508 | 6/5/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 11212 | Piotr Porowski (and Wife, Malgorzata Porowski) | 06cv3850 | 5/24/2007 |
| 9782 | Natalia Quintanilla (and Husband, Gerardo Quintanilla) | 06CV1341 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 9505 | William Ramirez (and Wife, Mira I Ramirez) | 07cv1515 | 5/24/2007 |
| 4283 | Guelmer Rendon | 07cv4510 | 6/5/2007 |
| 9767 | Irving Rengifo | 07CV1690 | 5/24/2007 |
| 4602 | Angel Reyes | 06cv14998 | 5/24/2007 |
| 10029 | Patricio Rodas (and Wife, Taina Ruiz) | 07CV01694 | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | Not Available | 5/24/2007 |
| 9575 | Angel Rojas | 07CV1696 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife, Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 9417 | Mieczyslaw Romaniuk | Not Available | 5/24/2007 |
| 10049 | Arley Ruiz | Not Available | 5/24/2007 |
| 15043 | Milton I Saeteros | Not Available | 5/31/2007 |
| 3775 | Maria Salazar (and Husband, Pedro Salazar) | 07CV1699 | 5/24/2007 |
| 7603 | Hipolito Salgado (and Wife, Teresa Salgado) | 05CV1675 | 5/24/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 3759 | Rocio Sanchez | 06CV10237 | 5/24/2007 |
| 9974 | Wilson Sanchez | Not Available | 5/31/2007 |
| 9479 | Miquel Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 9677 | Andrzej Siemek (and Wife, Janina Siemek) | 07cv1704 | 5/24/2007 |
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 9498 | Laneth (Janeth) Tabares | 06cv12826 | 5/31/2007 |
| 9454 | Wilfrido Tenempaguay | Not Available | 5/24/2007 |
| 9508 | Rosalia Toledo | 07cv1717 | 5/24/2007 |
| 15946 | Miguel Urgiles (and Wife, Martha Urgiles) | Not Available | 6/6/2007 |
| 4393 | Aida Valdiulezo - Nieto | 06CV11534 | 5/24/2007 |



# Service Rider

AMBIENT GROUP, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 8797 | Carlos A Valencia (and Wife, Gloria N Bonilla) | Not Available | 5/24/2007 |
| 11180 | Cecilia Varicelly | 07cv1720 | 5/24/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 9464 | Klever Vasquez | 07cv4520 | 6/5/2007 |
| 7597 | Francisco Vazquez (and Wife, Tanya Rodriguez) | 07cv1721 | 5/24/2007 |
| 7552 | Kattia Vazquez (and Husband, Peter Vazquez) | 07cv1722 | 5/24/2007 |
| 9201 | Patricia Villa | Not Available | 5/24/2007 |
| 14183 | Virginia Villa (and Husband, Rafael Villa) | 06cv15118 | 5/24/2007 |
| 9484 | Luis Vivar | 07cv4523 | 6/5/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan Wolkowicz (and Wife, Grace Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9541 | Armando Yamasqui | Not Available | 5/24/2007 |
| 9514 | Alcibar Yumbla (and Wife, Rosa Ortiz) | 07cv1729 | 5/24/2007 |
| 9376 | Krzysztof Zalewski (and Wife, Danuta Zalewska) | Not Available | 5/24/2007 |

158



# Service Rider

AMBIENT GROUP, INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen Addeo (and Wife, Carol Addeo) | 06cv9963 | 5/25/2007 |
| 7165 | Kevin Martz (and Wife, Stephanie Martz) | 05cv1650 | 5/25/2007 |
| 10881 | Daisy Ortiz (and Wife, Edwin Ortiz) | Not Available | 5/25/2007 |

3

**Monday, June 18, 2007**　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

AMBIENT GROUP, INC.　　　　　　　　　　　　　　　Group:　　Out　　In:

