UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

21 MC 102 (AKH) & 21 MC 103

---

# RETURN OF SERVICE

| | DATE 06/22/07 |
|---|---|
| Service of the Summons and Complaint [1] was made by me [2] | |
| NAME OF SERVER (PRINT) Charles Thompson | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other *(specify):* Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

**William D Joyce III**
**Barry, McTiernan & Moore**
**2 Rector Street**
**14th Floor**
**New York, NY 10006**

Gina Recoglizzi

For the following Defendant(s):

**STRUCTURE TONE (UK), INC.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/22/07
Date

Signature of Server

115 Broadway
Address of Server

---

*Wanda Rivera*



WANDA Y. RIVERA
Notary Public, State of New York
No. 01RI6074197
Qualified in New York County
Commission Expires May 13, 20__

[1] See attached rider.
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

* 1 3 * * 7 4 4 9 * * 5 4 * * 5 0 *

  

 **Rider**

# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9419 | Edgar  Abarca (and Wife, Margoth  Abarca) | 06cv1648 | 5/24/2007 |
| 9352 | Carmelo  Acevedo | 07cv1453 | 5/24/2007 |
| 10706 | Luis  Adriano | 07cv4445 | 6/5/2007 |
| 9418 | Claudio  Agudo | 07cv4447 | 6/5/2007 |
| 7604 | Raul  Allivar | 05cv9821 | 5/24/2007 |
| 7609 | Maria E. Alvarez (and Husband, Carlos  Chavarriage) | 05cv10135 | 5/24/2007 |
| 6992 | Rolando  Alvarez (and Wife, Joseta Lidia  Alvarez) | 07cv1455 | 5/24/2007 |
| 14128 | Jose  Alvarracin | 07cv01556 | 5/24/2007 |
| 11166 | Alberto  Andrade | 07cv1456 | 5/24/2007 |
| 9392 | Rossina  Angulo | 07cv4449 | 6/5/2007 |
| 13187 | Philip  Annunziato (and Wife, Eleanor V Annunziato) | 06cv14466 | 5/31/2007 |
| 2419 | Jhonson  Arichabala | 05CV8685 | 5/24/2007 |
| 9560 | Amparro  Aristizabal | 07cv1457 | 5/24/2007 |
| 3802 | Dagoberto  Aristizabal (and Wife, Alexandra  Aristizabal) | 07cv1458 | 5/24/2007 |
| 3798 | Enid  Aristizabal | 06cv4377 | 5/24/2007 |
| 13306 | Thomas A Arlotta (and Wife, Guadalupe  Arlotta) | 06cv13784 | 5/24/2007 |
| 9933 | Angel  Asmal (and Wife, Gloria  Asmal) | 07cv1461 | 5/24/2007 |
| 9431 | Carlos G Asmal | 07cv1462 | 5/31/2007 |
| 9552 | Freddy  Astudillo | 07cv1463 | 5/24/2007 |
| 3835 | Wilmer  Astudillo (and Wife, Maria I Avila) | 07CV1561 | 5/24/2007 |
| 9720 | Cesar  Avila (and Wife, Piedad  Avila) | 07CV1563 | 5/24/2007 |
| 9569 | Nolberto  Avila (and Wife, Brigida  Avila) | 07CV1564 | 5/31/2007 |
| 9413 | Norbeto  Avila (and Wife, Nelly  Avila) | 07cv1465 | 5/24/2007 |
| 14290 | Peter B Bailon | 07CV05336 | 5/31/2007 |
| 15996 | Jose  Barahona (and Wife, Domenica  Barahona) | 07CV5550 | 6/8/2007 |
| 9788 | Miguel  Barona (and Wife, Maria  Sucuzhanyay) | 07cv1569 | 5/31/2007 |
| 9980 | Raul  Barreto (and Wife, Derlim  Barreto) | 07cv4451 | 6/5/2007 |
| 13967 | Hector  Barroso | 07cv4452 | 6/5/2007 |
| 3756 | Julio  Bastidas | 07CV05276 | 5/24/2007 |
| 15412 | Sime  Begonja (and Wife, Silva  Begonja) | 07CV05338 | 5/31/2007 |
| 9378 | Wlodzimierz  Belkowski (and Wife, Teresa  Belkwski) | 07CV05339 | 5/31/2007 |
| 3840 | Vincente  Benavidez (and Wife, Florinda  Jostina) | 06CV7913 | 5/24/2007 |
| 8518 | Hector  Betancourt | 07cv4453 | 6/5/2007 |
| 9390 | Andrzej  Borkowski | 07cv1472 | 5/24/2007 |
| 10411 | Wiktor  Borowiecki | 07cv4455 | 6/5/2007 |
| 9701 | Hector  Buestan | 07cv4456 | 6/5/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

Group:        Out    In:



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 10228 | Carlos Bunay | 07CV1571 | 5/31/2007 |
| 9965 | Ernesto Bunay | 07CV1572 | 5/24/2007 |
| 3808 | Bolivar Caivinagua | 07CV1573 | 5/24/2007 |
| 3762 | Juan Caivinagua | 07CV1574 | 5/24/2007 |
| 14713 | Gil Calle | 07CV1576 | 5/31/2007 |
| 3996 | Jose Calle (and Wife, Damaris Calle) | 07CV1577 | 5/24/2007 |
| 9317 | Wilson Calle | 07CV1578 | 5/24/2007 |
| 9570 | Rey R. Campoverde | 07CV05280 | 5/24/2007 |
| 14248 | Rodrigo Campozano (and Wife, Esther Campozano) | 07cv4459 | 6/5/2007 |
| 9921 | Edison Cardenas | 06cv14533 | 5/24/2007 |
| 3820 | Ludivia Castellanos (and Husband, Luis L Martinez) | 07cv1480 | 5/24/2007 |
| 9306 | Piedad Castillo | 05CV10743 | 5/24/2007 |
| 9436 | Armando Ceron | 07CV1582 | 5/24/2007 |
| 9291 | Wilson Chaca | 07CV1583 | 5/24/2007 |
| 9504 | Aida Chalco | 07cv1481 | 5/24/2007 |
| 9556 | Edizon Chavez (and Wife, Martha L Chavez) | 07CV1585 | 5/24/2007 |
| 9955 | Walter Chipe | 07CV1587 | 5/24/2007 |
| 9377 | Andrzej Chojnowski (and Wife, Bozema Chojnowska) | 07CV1588 | 5/24/2007 |
| 7042 | Nancy Chuva | 07CV1589 | 5/24/2007 |
| 10594 | Cecelia Claret | 06cv14554 | 5/24/2007 |
| 10181 | Antonio Collazos (and Wife, Nohemi Collazos) | 07cv4461 | 6/5/2007 |
| 10271 | John Colucci (and Wife, Theresa Colucci) | 07cv1485 | 5/24/2007 |
| 14443 | John Combos (and Wife, Donna Combos) | 07CV1593 | 5/31/2007 |
| 10294 | William Cook | 07cv1486 | 5/24/2007 |
| 9554 | Elena Corrales | 07CV1596 | 5/24/2007 |
| 14805 | Thomas Costello (and Wife, Terri Costello) | 07CV05345 | 5/31/2007 |
| 3774 | Jose Criollo (and Wife, Maria Criollo) | 05cv1104 | 5/24/2007 |
| 3801 | Nancy Criollo (and Wife, Lawrence Zenteino) | 07cv4462 | 6/5/2007 |
| 4400 | Flora B Davila | 07cv4463 | 6/5/2007 |
| 7600 | Maria De La Cruz | 07cv4464 | 6/5/2007 |
| 10000 | Gloria Delacruz (and Husband, Ramon Delacruz) | 07CV1599 | 5/24/2007 |
| 14621 | Maria Delacruz | 07CV05348 | 5/31/2007 |
| 9370 | Wieslaw Demko (and Wife, Elzbieta Demko) | 05cv01032 | 5/31/2007 |
| 15274 | Pancri Diez (and Wife, Rosa Diez) | 07CV05351 | 5/31/2007 |
| 12255 | Zbigniew Dobronski | 06CV11533 | 5/24/2007 |
| 7505 | Clara Dota | 07CV1602 | 5/24/2007 |

**Tuesday, June 19, 2007**        **Page 2 of 7**

STRUCTURE TONE (UK), INC.

Group:    * 1 4     Out    * 3 9     In:    * 5 0



 **Rider**

# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 14859 | Jesse Drake (and Wife, Susan Drake) | 07CV05353 | 5/31/2007 |
| 11329 | Dominik Drozdz (and Wife, Ewa Drozdz) | 06cv14619 | 5/24/2007 |
| 11331 | Stanislaw Drozdz (and Wife, Monika Drozdz) | 06cv14620 | 5/31/2007 |
| 9044 | Oswald Drysdale (and Wife, Alma Drysdale) | 07CV05286 | 5/24/2007 |
| 9457 | Manuel Duchitanga | 07CV05287 | 5/24/2007 |
| 6773 | Maria Duchitanga | 07CV1604 | 6/5/2007 |
| 9414 | Rosalino Duchitanga (and Wife, Rosa Duchitanga) | 07CV1605 | 5/24/2007 |
| 9999 | Elvia Dutan (and Husband, Wilfredo Dutan) | 06CV5504 | 5/24/2007 |
| 13946 | Lucila Dutan | 06cv14623 | 5/24/2007 |
| 8458 | Cirilo Encalada (and Wife, Melva Encalada) | 07cv4465 | 6/5/2007 |
| 8418 | Gregory Fisco (and Wife, Nicole Fisco) | 07CV05289 | 5/24/2007 |
| 14806 | Harald Gabrielsen (and Wife, Debi Gabrielsen) | 07CV05169 | 5/31/2007 |
| 9557 | Carmen Gallego (and Husband, Salazar Gallego) | 07CV062 | 5/24/2007 |
| 6812 | Walter Gallegos | 07cv4467 | 6/5/2007 |
| 10005 | Wilson Gallegos (and Wife, America M Gallegos) | 07CV1613 | 5/24/2007 |
| 13453 | Juan Gallo | 06cv14670 | 5/24/2007 |
| 10183 | Sixta T Garcia | 07CV05292 | 5/24/2007 |
| 10006 | Sonia Garcia (and Husband, Christian Chavez) | 07CV05358 | 5/31/2007 |
| 9763 | Peter Gaspar | 05cv10739 | 5/24/2007 |
| 9350 | Blanca Gavidia (and Husband, Alexo Gavidia) | 07cv4468 | 6/5/2007 |
| 9119 | Jaime Gerardo | 07cv4469 | 6/5/2007 |
| 9458 | Margarita Gil | 07cv4470 | 6/5/2007 |
| 8047 | Jaime Giraldo (and Wife, Gloria Vellada) | 07cv4471 | 6/5/2007 |
| 9456 | Samuel Giuracocha | 07CV05293 | 5/24/2007 |
| 9674 | Edward Gora (and Wife, Ena Rynczak Gora) | 06cv3302 | 5/24/2007 |
| 9676 | Malgorzata Grabowska | 06 cv 4885 | 5/24/2007 |
| 14594 | Slawomir Gryszkiewicz (and Wife, Wanda Gryszkiewicz) | 07CV1623 | 5/31/2007 |
| 13999 | Rosa Gualpa | 07cv4472 | 6/5/2007 |
| 7592 | Francisco Guerrero (and Wife, Arelis Guerrero) | 05CV1636 | 5/24/2007 |
| 14972 | Armando Guzman | 07CV5556 | 6/8/2007 |
| 10384 | Carlos Guzman (and Wife, Gloria Guzman) | 06cv2884 | 5/24/2007 |
| 4112 | Angel Hualpa (and Wife, Rosa Hualpa) | 05CV2501 | 5/24/2007 |
| 4110 | Julio Hurtado (and Wife, Elda Monica Montes) | 07CV05295 | 5/24/2007 |
| 10118 | Manuel Idrovo | 07CV1628 | 5/24/2007 |
| 9572 | Jorge Inga | 07CV1629 | 5/24/2007 |
| 9565 | Luis Inga (and Wife, Carmen Inga) | 07cv4474 | 6/5/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

**Page 3 of 7**

Group:    Out    In:

 Rider

# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9384 | Jozef Jablonski (and Wife. Agnieszka Jablonska) | 07CV1630 | 5/24/2007 |
| 14041 | Janusz Jakubowski (and Wife, Krystyna Karpinska) | 06cv14741 | 5/24/2007 |
| 9564 | Julio Jalil (and Wife, Charinil Jalil) | 07cv4476 | 6/5/2007 |
| 14697 | Juan Jara | 07CV05363 | 5/31/2007 |
| 9872 | Marina Jara | 07cv4477 | 6/5/2007 |
| 3819 | Rodrigo Jimbo (and Wife. Dolores Calie) | 07CV1632 | 5/24/2007 |
| 9830 | Urbano Juarez | 07cv1509 | 5/24/2007 |
| 9718 | Slawek Kappinski | 07CV1634 | 5/24/2007 |
| 9673 | Marian Karus (and Wife. Barbara Karus) | 07CV1635 | 5/24/2007 |
| 9752 | Andrzej Kasina | 07CV1636 | 5/24/2007 |
| 13791 | Wieslaw Kolodziejczyk (and Wife, Janina Kolodziejczyk) | 07cv4479 | 6/5/2007 |
| 9406 | Antoni Konopka (and Wife, Alina Konopka) | 07CV1641 | 5/24/2007 |
| 9373 | Edward Kosowski (and Wife, Elzbieta Stefanska) | 07CV05299 | 5/24/2007 |
| 9669 | Adam Kowalczyk (and Wife, Sabina Kowalczyk) | 06cv2252 | 5/24/2007 |
| 9381 | Antoni Kurak | 06 cv 4376 | 5/24/2007 |
| 9672 | Boguslaw Kwasniak (and Wife, Malgorzata Kwasniak) | 07CV05300 | 5/24/2007 |
| 1845 | Eva Lamboy | 07CV1644 | 5/24/2007 |
| 14975 | Emerita E Lara | 07CV05365 | 5/31/2007 |
| 7608 | Ana Lascano | 05cv9333 | 5/31/2007 |
| 10066 | Carlos Lascano | 07CV1646 | 5/24/2007 |
| 9926 | Andrzej Lasica (and Wife, Ewelina Lasica) | 07cv4480 | 6/5/2007 |
| 9687 | Ines Leon (and Wife, Luis E Quezada) | 07cv4481 | 6/5/2007 |
| 9742 | Jose Leon | 07CV1647 | 5/24/2007 |
| 3755 | Hilda Llerena | 07CV1650 | 5/24/2007 |
| 10097 | Jose Loja | 06CV12219 | 5/24/2007 |
| 9461 | Raul Loja | 07CV1652 | 5/24/2007 |
| 9499 | Wilmo Loja | 07cv4482 | 6/5/2007 |
| 13312 | Oswaldo Lopez (and Wife, Elvia V Lopez) | 06cv14807 | 5/24/2007 |
| 10178 | Andrea Lora | 07cv4484 | 6/5/2007 |
| 10908 | Fernando Lucero | 07CV05366 | 5/31/2007 |
| 9323 | Veronica Macas | 07cv4485 | 6/5/2007 |
| 10465 | Douglas Marcillo | 07cv4486 | 6/5/2007 |
| 10099 | John Marcos | 07cv4487 | 6/5/2007 |
| 9777 | Veronica Matas | 07CV1657 | 5/24/2007 |
| 3806 | Araceli Medina | 07cv4490 | 6/5/2007 |
| 3827 | Rosa Medina | 07cv4491 | 6/5/2007 |

Group:  Out ||||| In: |||||



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9582 | Trinidad Medrano (and Husband, Salvador L Medrano) | 07cv4493 | 6/5/2007 |
| 9351 | Enrique Mendoza (and Wife, Maria De Mendoza) | 07CV05302 | 5/24/2007 |
| 9453 | Gustavo Mendoza (and Wife, Hada Mendoza) | 07cv4494 | 6/5/2007 |
| 9465 | Luis F. Mesa (and Wife, Maria Mesa) | 07CV05303 | 5/24/2007 |
| 9566 | Ubaldo Misaico | 07cv4495 | 6/5/2007 |
| 7308 | Leidis Montero | 05CV1691 | 5/24/2007 |
| 13423 | Eugenio Mora (and Wife, Olga Mora) | 06cv13168 | 5/24/2007 |
| 4432 | Fabio Morales (and Wife, Martha Morales) | 07CV1667 | 5/24/2007 |
| 15050 | Tatiana Morales (and Husband, James Fink) | 07CV05370 | 5/31/2007 |
| 7493 | Luis Naranjo (and Wife, Rosa Naranjo) | 05CV10738 | 5/24/2007 |
| 9568 | Walter Naranjo (and Wife, Miriam Naranjo) | 07cv04496 | 6/5/2007 |
| 11720 | Carlos Narvaez | 06cv2221 | 5/24/2007 |
| 10602 | Herbert Negron | 07CV05305 | 5/24/2007 |
| 9467 | Walter Oquendo | 07cv4497 | 6/5/2007 |
| 15939 | Edgar Orellana | 07CV05398 | 6/6/2007 |
| 14700 | Maria Ortiz | 07cv4499 | 6/5/2007 |
| 9679 | Wladyslaw Ostrzycki (and Wife, Wieslawa Ostrzycka) | 07CV05375 | 5/31/2007 |
| 9738 | Blanca Oyervide (and Wife, Marcos A Hinchala) | 07cv4500 | 6/5/2007 |
| 3777 | Maximo Pachay | 05cv9041 | 5/24/2007 |
| 9412 | Krzysztof Pajak (and Wife, Ewa Pajak) | 07cv4502 | 6/5/2007 |
| 9979 | Diana Palma | 07cv4503 | 6/5/2007 |
| 4395 | Camilo Palomino (and Wife, Monica Rivera) | 07cv4504 | 6/5/2007 |
| 10319 | Czeslaw Pankiewicz (and Wife, Maria Pankiewicz) | 07cv4505 | 6/5/2007 |
| 12042 | Rolando Pelaez (and Wife, Monica Villamarin) | 07cv4507 | 6/5/2007 |
| 7602 | Gabriel Pena | 05CV1385 | 5/24/2007 |
| 7348 | Jorge Pena | 07CV1682 | 5/24/2007 |
| 9379 | Hanna Pieczynska | 07CV1684 | 5/24/2007 |
| 9670 | Josef Borkowski, as Administrator of Jan Pietraszkiewicz | 06cv2527 | 5/24/2007 |
| 7731 | Luis Pilico (and Wife, Ana Lucero pilico) | 07cv4508 | 6/5/2007 |
| 15776 | Hernan Pineda (and Wife, Sarito Pineda) | 07CV05376 | 5/31/2007 |
| 3495 | Jose Polo | 05CV1418 | 5/24/2007 |
| 11212 | Piotr Porowski (and Wife, Malgorzata Porowski) | 06cv3850 | 5/24/2007 |
| 10885 | Raul Porras (and Wife, Diana Povvas) | 06cv9674 | 5/24/2007 |
| 9491 | Jesus Quizhpi | 07cv4509 | 6/5/2007 |
| 9767 | Irving Rengifo | 07CV1690 | 5/24/2007 |
| 4602 | Angel Reyes | 07CV05051 | 5/24/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

Group:    Out      In:



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---------|-----------|--------------|------------|
| 14800 | David Reynolds (and Wife, Katherine Reynolds) | 07CV3446 | 5/24/2007 |
| 3778 | Sonia Rivera (and Husband, Andres Rivera) | 06cv6234 | 5/24/2007 |
| 9771 | Maria Robles | 06cv11257 | 5/31/2007 |
| 9745 | Teresa Robles | 07CV05312 | 5/24/2007 |
| 10029 | Patricio Rodas (and Wife, Taina Ruiz) | 07CV01694 | 5/24/2007 |
| 7543 | Susana Rodriguez (and Husband, Jose Rodriguez) | 07CV05315 | 5/24/2007 |
| 9575 | Angel Rojas | 07CV1696 | 5/24/2007 |
| 10172 | Jaime Rojas (and Wife, Johanna Hernandez) | 07cv4511 | 6/5/2007 |
| 7196 | Mario Rojas | 06cv5786 | 5/24/2007 |
| 9417 | Mieczyslaw Romaniuk | 07CV05316 | 5/24/2007 |
| 3775 | Maria Salazar (and Husband, Pedro Salazar) | 07CV1699 | 5/24/2007 |
| 9966 | Victor Salazar | 07cv4512 | 6/5/2007 |
| 7603 | Hipolito Salgado (and Wife, Teresa Salgado) | 05CV1675 | 5/24/2007 |
| 15080 | Antwi Samuel | 07CV05399 | 6/6/2007 |
| 3761 | Jose Sanchez | 07cv4513 | 6/5/2007 |
| 9308 | Oscar Sanchez | 06cv11892 | 5/24/2007 |
| 3759 | Rocio Sanchez | 06CV10237 | 5/24/2007 |
| 9974 | Wilson Sanchez | 07CV05386 | 5/31/2007 |
| 10952 | Leonel Sanmartin (and Wife, Ana Rosa) | 07cv4514 | 6/5/2007 |
| 9466 | Emanuel Santamaria | 07cv1528 | 5/24/2007 |
| 9479 | Miquel Santana | 07CV1700 | 5/24/2007 |
| 9744 | Edwin Sarmiento (and Wife, Nora Sarmiento) | 07cv4515 | 6/5/2007 |
| 10872 | Maydi Sarmiento | 06cv6521 | 5/24/2007 |
| 9477 | Pedro Sarmiento (and Wife, Melanea Sarmiento) | 07cv1531 | 5/24/2007 |
| 9394 | Angel Serrano (and Wife, Tanny Sarmiento) | 07cv4516 | 6/5/2007 |
| 9677 | Andrzej Siemek (and Wife, Janina Siemek) | 07cv1704 | 5/24/2007 |
| 7307 | Antonio Silva (and Wife, Lupe C Silva) | 05CV1260 | 5/24/2007 |
| 10359 | Eugeniusz Skrzeczkowski (and Wife, Alicja Skrzeczkowski) | 07cv4517 | 6/5/2007 |
| 9814 | Jerzy Slesicki | 06cv6814 | 5/24/2007 |
| 4113 | Lucio Solis (and Wife, Linda Solis) | 05CV1198 | 5/24/2007 |
| 14850 | Robert Sparano (and Wife, Theresa Sparanpo) | 07CV05388 | 5/31/2007 |
| 4603 | Norma Suco | 07cv1708 | 5/24/2007 |
| 3780 | Jose Sumba (and Wife, Maria Sumba) | 07cv1709 | 5/24/2007 |
| 10331 | Edward Szuberla | 07cv1712 | 5/24/2007 |
| 9498 | Laneth (Janeth) Tabares | 06cv12826 | 5/31/2007 |
| 9388 | Bertha Tache | 07cv1537 | 5/24/2007 |

**Tuesday, June 19, 2007**

STRUCTURE TONE (UK), INC.

**Page 6 of 7**

Group:  Out  In:



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9454 | Wilfrido Tenempaguay | 07CV05320 | 5/24/2007 |
| 8510 | Julia Tenezaca | 07cv1714 | 5/24/2007 |
| 4673 | Jorge Toledo | 07cv4518 | 6/5/2007 |
| 9508 | Rosalia Toledo | 07cv1717 | 5/24/2007 |
| 4336 | Carlos Toral (and Wife, Zoila Toral) | 06cv6233 | 5/24/2007 |
| 15946 | Miguel Urgiles (and Wife, Martha Urgiles) | 07CV05400 | 6/6/2007 |
| 4393 | Aida Valdiulezo - Nieto | 06CV11534 | 5/24/2007 |
| 11180 | Cecilia Varicelly | 07cv1720 | 5/24/2007 |
| 9571 | Jose Vasquez (and Wife, Liliana G Vasquez) | 07cv2708 | 5/24/2007 |
| 9464 | Klever Vasquez | 07cv4520 | 6/5/2007 |
| 7597 | Francisco Vazquez (and Wife, Tanya Rodriguez) | 07cv1721 | 5/24/2007 |
| 7552 | Kattia Vazquez (and Husband, Peter Vazquez) | 07cv1722 | 5/24/2007 |
| 7601 | Severo Vega (and Wife, Lila Gonzalez) | 07cv4521 | 6/5/2007 |
| 3839 | Rafael Velasco (and Wife, Zoila Velasco) | 07cv1723 | 5/24/2007 |
| 3751 | Lucrecia Velez | 07CV05325 | 5/24/2007 |
| 6832 | Alejandro Vera | 07cv4522 | 6/5/2007 |
| 13196 | Viviana Vergara (and Husband, Verter Vergara) | 06cv15116 | 5/31/2007 |
| 3828 | Julio Villafuerte | 06cv1652 | 5/24/2007 |
| 9484 | Luis Vivar | 07cv4523 | 6/5/2007 |
| 9383 | Kazimierz Walek (and Wife, Stefania Walek) | 07CV05327 | 5/24/2007 |
| 9374 | Krzysztof Walek | 07cv1547 | 5/24/2007 |
| 10343 | Robert Waniurski (and Wife, Ewa Waniurski) | 07cv4524 | 6/5/2007 |
| 9401 | Wlodzimierz Wierzbicki (and Wife, Alicja B Wierzbicka) | 07cv1727 | 5/24/2007 |
| 9409 | Jan Wolkowicz (and Wife, Grace Wolkowicz) | 07cv1728 | 5/31/2007 |
| 9490 | Aquiles Yaguana | 07cv4525 | 6/5/2007 |
| 9541 | Armando Yamasqui | 07CV05328 | 5/24/2007 |
| 9514 | Alcibar Yumbla (and Wife, Rosa Ortiz) | 07cv1729 | 5/24/2007 |
| 9448 | Luis Yumbla | 06CV13166 | 5/24/2007 |
| 9376 | Krzysztof Zalewski (and Wife, Danuta Zalewska) | 07CV05330 | 5/24/2007 |
| 3767 | Jorge Zelaya (and Wife, Maria Zelaya) | 07cv1730 | 5/24/2007 |
| 4284 | Lawrence Zenteno (and Wife, Nancy C Zenteno) | 07cv1731 | 5/24/2007 |

247

Group:    Out    In: 



# Service Rider

STRUCTURE TONE (UK), INC.

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 9736 | Stephen  Addeo (and Wife, Carol  Addeo) | 06cv9963 | 5/25/2007 |
| 6879 | David  Comier | Not Available | 5/25/2007 |
| 3564 | Steven  Daquila (and Wife, Grace  Daquila) | 06cv8756 | 5/25/2007 |
| 6678 | Patrick  Dolan | 06CV7398 | 5/25/2007 |
| 14466 | Joseph  Douso (and Wife, Jill E Douso) | Not Available | 5/25/2007 |
| 14779 | Donald  Foley (and Wife, Kelly Ann  Foley) | 07cv657 | 5/25/2007 |
| 15289 | John E Greaney (and Wife, Andrea  Greaney) | Not Available | 5/25/2007 |
| 8921 | Jeffrey  Hayduk | 06cv5839 | 5/25/2007 |
| 3959 | Michael  Labate (and Wife, Cheryl  Labate) | 06CV8441 | 5/25/2007 |
| 8478 | Donna  Marshall | Not Available | 5/25/2007 |
| 7772 | Hamilton  Montero | 06cv12791 | 5/25/2007 |
| 12980 | William  Noesges (and Wife, Denise  Noesges) | 06cv14925 | 5/25/2007 |
| 7251 | Joseph  Nolan (and Wife, Lana  Nolan) | 05CV1213 | 5/25/2007 |
| 7271 | Michael  Pallotto (and Wife, Lisa  Polloto) | Not Available | 5/25/2007 |
| 8752 | Donald  Sadowy (and Wife, Kathleen  Sadowy) | 06cv7254 | 5/25/2007 |
| 14395 | James  Seiferheld (and Wife, Fran  Seiferheld) | Not Available | 5/25/2007 |
| 8387 | Zachary  Stamatakis (and Wife, Bernice  Stamatakis) | 06cv11589 | 5/25/2007 |
| 13263 | Guy  Zammitt (and Wife, deanna  Zammitt) | 06cv15155 | 5/25/2007 |

18